| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CSBN 44332) | *E-FILED 06-22-2010* |
| United States Attorney | |
| JOANN M. SWANSON (CSBN 88143) | |
| Chief, Civil Division | |
| CLAIRE T. CORMIER (CSBN 154364) | |
| Assistant United States Attorney | |
|    150 Almaden Blvd., Suite 900 | |
|    San Jose, California 95113 | |
|    Telephone: (408) 535-5082 | |
|    FAX: (408) 535-5081 | |
|    claire.cormier@usdoj.gov | |

Attorneys for Robert M. Gates,
Secretary of the Department of Defense

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER, | No. C 10-01822 HRL |
|     Plaintiff, | |
|     v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |
| SECRETARY OF DEFENSE, ROBERT M. GATES, DEPARTMENT OF DEFENSE, | |
|     Defendant | Current Conference Date: July 13, 2010<br>Time: 1:30 p.m.<br>Courtroom 2, 5th Floor<br>Hon. Howard R. Lloyd |

This case is currently scheduled for an initial case management conference on July 13, 2010. The parties request a continuance of the conference and the related deadlines due to the pre-paid vacation reservations for both defendant's counsel and plaintiff, plaintiff's pending request for appointment of counsel, and plaintiff's health issues. There have been no previous continuances in this case.

//

//

//

1  For the foregoing reasons, the parties to this action hereby STIPULATE AND REQUEST that the case management conference, currently scheduled for July 13, 2010, be continued to August 24, 2010.

Respectfully submitted,

DATED: June 17, 2010

/s/ Sue A. Leeder

_____
SUE A. LEEDER
Plaintiff

DATED: June 17, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER[1]
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the initial case management conference, previously scheduled for July 13, 2010, is continued to August 24, 2010 at 1:30 p.m.  The other deadlines stated in the Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.

DATED: June 22, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC AND RELATED DEADLINES
Case No.  C 10-01822 HRL                                   2