*E-FILED 08-24-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER,<br><br>    Plaintiff,<br>  v.<br><br>SECRETARY OF DEFENSE, ROBERT M. GATES, DEPARTMENT OF DEFENSE,<br><br>    Defendant.<br>_____/ | No. C10-01822 HRL<br><br>**ORDER GRANTING PRO SE LITIGANT PERMISSION TO REGISTER ON ECF**<br><br>[Re: Docket No. 5] |

Plaintiff appearing pro se seeks permission of the court for an ECF/PACER account and permission to file by fax or by email. (Docket No. 5). Plaintiff states that she cannot afford the cost of filing and serving paper copies of court filings and requests an ECF or PACER account to check the status of this case and to file documents electronically.

The court finds that plaintiff falls within the class of users eligible for a fee exemption listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts and has demonstrated that a fee exemption to access the docket in this action electronically is necessary to avoid unreasonable burdens. Plaintiff is therefore exempt from fees for PACER usage under $10 per quarterly billing cycle to access the electronic case files for this action maintained in the United States District Court for the Northern District of California, to the extent such use is incurred in the course of filing and accessing documents in this action. Plaintiff shall not be exempt from the payment of fees incurred in connection with

other uses of the ECF or PACER system in this court.

Plaintiff may register for ECF at the following website: https://ecf.cand.uscourts.gov/cand/newreg/index.html.

Plaintiff must also register on PACER to view documents and the docket sheet: www.pacer.gov.  Plaintiff must comply with the Federal Rules of Civil Procedure and all general orders and local rules pertaining to electronic filing including General Order 45 which requires in part that parties must provide the judge's chambers with a paper copy of each document that is filed electronically, marked "Chambers Copy."  By registering, plaintiff accepts responsibility for all technical requirements and computer-related tasks associated with participation in the ECF program.

After registering on ECF and PACER, plaintiff must file a notice of ECF registration that plaintiff has made available an electronic mail address for service of papers electronically filed on the docket.  Upon filing of such notice, the court will designate this action for the ECF program.

This exemption may be revoked at the discretion of the court at any time.  The clerk of the court shall send a copy of this order to the PACER Service Center.

SO ORDERED.

Dated:   August 24, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2