*E-FILED 08-24-2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER, | No. C10-01822 HRL |
| Plaintiff, | **ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |
| v. | |
| SECRETARY OF DEFENSE, ROBERT M. GATES, DEPARTMENT OF DEFENSE, | |
| Defendant. | |

An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

IT IS HEREBY ORDERED:

1. That this case be assigned to the Assisted Settlement Conference Program, with a settlement conference to take place with Magistrate Judge Trumbull in accordance with the Alternative Dispute Resolution Local Rules of this court;

2. That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case; and

1  3.  The Settlement Conference shall take place no later than **November 30, 2010**.

2  Dated:  August 24, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California