*E-FILED 08-24-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER, | No. C10-01822 HRL |
| Plaintiff, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| SECRETARY OF DEFENSE, ROBERT M. GATES, DEPARTMENT OF DEFENSE, | |
| Defendant. | |

On August 24, 2010, the parties appeared for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussion held at the Conference, the court orders as follows:

There being no objection by defendants, depositions shall be limited to no more than 3 hours per day, unless plaintiff is agreeable to proceeding for more than 3 hours on a given day. Additionally, unless both sides otherwise agree, depositions shall not be taken telephonically.

This matter is set for a further case management conference on **December 7, 2010, 1:30 p.m.** The parties shall file an updated joint status report by **November 30, 2010**.

SO ORDERED.

Dated: August 24, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-01822-HRL Notice has been electronically mailed to:

2  Claire T. Cormier    claire.cormier@usdoj.gov

3  5:10-cv-01822-HRL Notice mailed to:

4  Sue A Leeder
   1638 Branham Avenue, Unit G
5  San Jose, CA 95118

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California