*E-FILED 12-07-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER, | No. C10-01822 HRL |
| Plaintiff, <br> v. <br> SECRETARY OF DEFENSE, ROBERT M. GATES, DEPARTMENT OF DEFENSE, <br> Defendant. _____/ | **ORDER TERMINATING ASSIGNMENT TO THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

Because plaintiff is now being referred to the Federal Pro Bono Project, the court terminates the prior assignment to the Assisted Settlement Conference Program.

IT IS SO ORDERED.

Dated:   December 7, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-01822-HRL Notice has been electronically mailed to:

2  Claire T. Cormier  claire.cormier@usdoj.gov

3  5:10-cv-01822-HRL Notice mailed to:

4  Sue A Leeder
   1638 Branham Lane, Unit G
5  San Jose, CA 95118

6      Pro Se Plaintiff