*E-FILED 02-01-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER,<br><br>   Plaintiff,<br> v.<br><br>SECRETARY OF DEFENSE, ROBERT M. GATES, DEPARTMENT OF DEFENSE,<br><br>   Defendant.<br>_____/ | No. C10-01822 HRL<br><br>**ORDER (1) VACATING REFERRAL TO FEDERAL PRO BONO PROJECT; (2) CONTINUING STAY OF ACTION; AND (3) SETTING CASE MANAGEMENT CONFERENCE** |

   Plaintiff Sue Leeder previously was referred to the Federal Pro Bono Project for the purpose of obtaining counsel to assist her in this matter. Meanwhile, the litigation was stayed. (Docket No. 38). On January 24, 2011, attorney Mark Hostetter filed a notice of appearance as counsel for Leeder. The court is informed that Mr. Hostetter was not located through the Federal Pro Bono Project. Rather, he is counsel that Leeder has retained on her own. Accordingly,

   1.   The prior referral to the Federal Pro Bono Project is vacated.

   2.   The stay of these proceedings shall continue through February 24, 2011, at which time the stay will automatically expire.

   3.   The parties shall appear for a case management conference on **April 5, 2011, 1:30 p.m.** in Courtroom 2. A joint case management statement shall be filed no later than **March 29, 2011**. All other related deadlines set in the court's Order Setting Initial Case

1   Management Conference and ADR Deadlines (Docket No. 3) are adjusted accordingly.

2   SO ORDERED.

3   Dated:   February 1, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

5:10-cv-01822-HRL Notice has been electronically mailed to:

Claire T. Cormier    claire.cormier@usdoj.gov

Mark Walter Hostetter    mwhlegal@gmail.com