MELINDA HAAG  (CSBN 132612)				*E-FILED 05-02-2011*
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Robert M. Gates,
Secretary of the Department of Defense

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER, ) | No. C 10-01822 HRL |
|      Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |
| SECRETARY OF DEFENSE, ROBERT M. GATES, DEPARTMENT OF DEFENSE, ) | [Re:  Docket No. 23] |
|      Defendant ) | |

Counsel participated in a pre-mediation telephone conference on April 29, 2011.  The current mediation deadline is July 5, 2011.  Due to various availability issues, it appears that the best date for the mediation is July 12, 2011.  Accordingly, the parties to the above-entitled action, through their counsel of record, hereby stipulate and request that the Court extend the deadline for mediation in this case to July 15, 2011.

                          Respectfully submitted,

                          LAW OFFICE OF MARK W. HOSTETTER

                          /s/ Mark W. Hostetter
DATED: April 29, 2011
                          _____
                          Mark W. Hostetter
                          Attorneys for Plaintiff

|   |   |
|---|---|
|   | MELINDA HAAG<br>UNITED STATES ATTORNEY |
| DATED: April 29, 2011 | /s/ Claire T. Cormier<br>_____<br>Claire T. Cormier<br>Assistant U.S. Attorney[1] |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____May 2_____, 2011    _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.