**United States District Court**
For the Northern District of California

*E-FILED: August 27, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUE A. LEEDER, | No. C10-01822 HRL |
| Plaintiff, | **ORDER RE DISCOVERY DISPUTE JOINT REPORT #2** |
| v. | |
| SECRETARY OF DEFENSE, LEON E. PANETTA, DEPARTMENT OF DEFENSE, | **[Re: Docket No. 87]** |
| Defendant. | |

The court has reviewed the parties' Discovery Dispute Joint Report (DDJR) #2 concerning plaintiff's access to certain documents defendant designated "Highly Confidential Attorney's Eyes Only" (AEO). Having weighed legitimate competing interests and possible prejudice, this court rules as follows:

The court will permit the AEO designation to stand.

Plaintiff has not convincingly demonstrated that she will be unable to prepare her case or to evaluate settlement without her personal access to these documents.

Plaintiff having offered to forego access to records of prior discrimination/retaliation complaints, her request for permission to personally access those records is denied.

As for the performance reviews of Team G auditors and plaintiff's former supervisors, plaintiff will be permitted to access versions of these records with identifying information and

narrative comments redacted.[1]  Inasmuch as these are not full personnel files with information about, for example, marital, financial and medical information, the court finds that plaintiff's access to redacted versions of these records will not seriously compromise any privacy interests.

SO ORDERED.

Dated: August 27, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

---

[1] Although it appears that only the Team G auditors consented to the release of their redacted records, the court sees no reason why plaintiff should not be permitted to access redacted versions of her former supervisors' records.

2

5:10-cv-01822-HRL Notice has been electronically mailed to:

Claire T. Cormier     claire.cormier@usdoj.gov

Mark Walter Hostetter     mwhlegal@gmail.com